UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LAIRD, <br><br> Plaintiff, <br><br> v. <br><br> LARRY SPENCER and THE STATE OF LOUISIANA, <br><br> Defendants | CASE No. 19-299-SDD-RLB <br><br> District Judge: Shelly D. Dick <br><br> Magistrate Judge: Richard L. Bourgeois, Jr. |

**NOTICE OF VOLUNTARY DISMISSAL OF THE STATE OF LOUISIANA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Donna Laird, through undersigned counsel, hereby gives notice that the State of Louisiana is voluntarily dismissed as a party to the above-captioned action without prejudice.

Respectfully submitted:

*/s/ John G. Veazey*_____
John G. Veazey (LA #36291)
JOHN VEAZEY LAW, LLC
16573 Airline Highway, Suite A
Prairieville, LA 70769
Tel: 225-955-3121
E-mail: jveazey@johnveazeylaw.com
*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I certify that, as of August 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who have consented to electronic notification. There are no non-CM/ECF participants in this matter.

                                                */s/ John G. Veazey*
                                              John G. Veazey #36291