UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA LAIRD | NO. 19-299 |
| V. | JUDGE SHELLY D. DICK |
| LARRY SPENCER, *et al.* | MAG. JUDGE RICHARD L. BOURGEOIS, JR. |

## JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of Defendant, Larry Spencer, solely in his official capacity as Justice of the Peace, District Three, Ward Three, East Baton Rouge Parish, and against Plaintiff, Donna Laird. Defendant's *Motion to Dismiss* is granted, and Plaintiff's claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana the 6th day of March, 2020.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

Document Number: 59458

Jury