UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONNA LAIRD**                                    NO. 19-299-SDD-RLB

**VERSUS**                                         JUDGE SHELLY D. DICK

                                                   MAGISTRATE JUDGE
**LARRY SPENCER,** *et al.*                        RICHARD L. BOURGEOIS, JR

## NOTICE OF APPEAL

Notice is hereby given that Donna Laird, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from the ruling granting Defendant Larry Spencer's Motion to Dismiss entered in this action on the 6th day of March 2020, which resulted in a final judgment entered the same day dismissing Plaintiff's claims with prejudice.

Respectfully submitted:

_/s/ John G. Veazey_
John G. Veazey (LA #36291)
JOHN VEAZEY LAW, LLC
16573 Airline Highway, Suite A
Prairieville, LA 70769
Tel: 225-955-3121
E-mail: jveazey@johnveazeylaw.com
*Attorney for Plaintiff,*
*Donna Laird*